# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| CHARLES LAMAR DANIELS, | : | |
| | : | 5:06-cv-288 (CAR) |
| Petitioner, | : | |
| | : | |
| vs. | : | HABEAS CORPUS |
| | : | 28 U.S.C. § 2254 |
| HUGH A. SMITH, Warden, | : | |
| | : | |
| Respondent. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is a Report and Recommendation (Doc.14) from United States Magistrate Judge Claude W. Hicks, Jr., that recommends granting Respondent's Motion to Dismiss the Petition as Untimely (Doc. 6). Petitioner has subsequently filed an Objection to the Recommendation (Doc. 15), yet makes no legal arguments as to why his Habeas Corpus Petition is timely filed. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection, has made a de novo determination of the portions of the Recommendation to which Petitioner objects, and finds the Objection to be without merit. As fully explained in the Recommendation, Petitioner had one year from the date his criminal conviction became final to apply for relief. Because Petitioner failed to pursue a direct appeal from his January 9, 1997 guilty plea, his conviction became final on February 8, 1997. Although Petitioner's Habeas Corpus Petition was due no later than

February 8, 1998, Petitioner waited over nine years to file the petition currently before the Court.  Accordingly, the Recommendation is Accepted, Respondent's Motion to Dismiss the Petition as Untimely is Granted, and Petitioner's Habeas Corpus Petition is Dismissed.

**SO ORDERED**, this 18th day of September, 2007.

S/ C. Ashley Royal  
C. ASHLEY ROYAL  
UNITED STATES DISTRICT JUDGE

SCS/ssh